SO ORDERED,

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 5, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  RAMON LEE BROWN | Case No. 18-50076-KMS |
| TARA LEA BROWN, Debtors | CHAPTER 13 |

### ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK #30 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors by May 30, 2018, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. Debtors shall surrender the collateral to United Consumer Financial Services. United Consumer Financial Services Shall be treated as all other general unsecured debts. Trustee shall adjust the wage order as necessary for the modification. Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
774 Avery Blvd
Ridgeland, MS 39157
601-500-5533
ATTORNEY FOR DEBTORS